**Order entered October 10, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00430-CR

**DAVID CARL SWINGLE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-06-16**

## ORDER

The Court **STRIKES** the pro se brief received from appellant on October 3, 2013. Appellant is represented by counsel and is not entitled to hybrid representation. *See Rudd v. State*, 616 S.W.2d 623 (Tex. Crim. App. [Panel Op.] 1981).

/s/    DAVID EVANS
       JUSTICE